IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Nicholas D. Navarroli

Plaintiff(s),

v.

Medicredit, Inc.

Defendant(s).

Case No. 21-cv-6203
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

X   other: The Clerk is directed to remand this case to the Circuit Court of Cook County forthwith for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
X  decided by Judge Robert M. Dow on a motion to dismiss is denied and motion to remand is granted.

Date: 9/26/2022

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk